UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
ULISES CARNERO and LEILSA
CALDERON, individually and on behalf
of all others similarly situated,

                Plaintiffs,

   -against-

BAGEL MENTSCH, INC., and DAVID
WEISS,

                Defendants.
-------------------------------------------------x

**MEMORANDUM AND ORDER**

Case No. 1:21-CV-0781-FB-JMW

Appearances:
*For the Plaintiffs*:
JAMES O'DONNELL
ROMAN AVSHALUMOV
80-02 Kew Gardens Road
Suite 601
Kew Gardens, New York 11415

*For the Defendants*:
MATTHEW BROWN
ROBERT F. MILMAN
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
New Hyde Park, New York 11042

**BLOCK, Senior District Judge:**

      The parties have jointly moved for this Court's approval of their FLSA settlement and dismissal with prejudice. United States Magistrate Judge James M. Wicks issued a Report and Recommendation, which recommends that the parties' motion be granted, that the settlement be approved, and that this case be closed.

After an independent review of the record, and noting that no objections were filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is ORDERED as follows:

1. The Report and Recommendation is adopted and confirmed and made a part of this Order.

2. The parties' joint motion to approve FLSA settlement and dismissal with prejudice is granted; the parties' agreement is approved; and this case is dismissed with prejudice.

3. The clerk is directed to enter a judgment.

**SO ORDERED.**

/s/ Frederic Block
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
August 17, 2022

2